**Order entered May 6, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00558-CV

### IN RE MICHAEL RAMBERANSINGH, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## ORDER
Before Justices FitzGerald, Lang, and Myers

The Court has before it relator's petition for writ of mandamus and motion for temporary stay of the trial court proceedings. We **GRANT** the motion to stay. We **ORDER** that proceedings in the trial court related to the contempt proceeding be **STAYED** pending further order of the Court.

The Court requests that real party file a response to the petition for writ of mandamus by **MAY 16, 2013**.

/s/     DOUGLAS S. LANG
        JUSTICE